166 A.3d 234

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYREESE STEWART, DEFENDANT–PETITIONER.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005813–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 234

DEBORAH A. POST, PLAINTIFF–PETITIONER, v. TOWNSHIP
OF CHESTER, DEFENDANT–RESPONDENT.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000888–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.